MICHAEL NAVRATIL, ESQ.
Nevada Bar No. 7460
DANIEL MCCAIN, ESQ.
Nevada Bar No. 13915
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail:  mnavratil@grsm.com
           dmccain@grsm.com
*Attorneys for Defendants*
*Kimberly Farmer., Jenifer Smith-Pulsipher,*
*Phillip Pattee, and Daniel Hooge*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>                     Plaintiff,<br><br>        vs.<br><br>KIMBERLY FARMER, et al.,<br><br>                     Defendants. | Case No.:   2:25-cv-01071-GMN-DJA<br><br><br>**MOTION TO REMOVE ATTORNEY ETHAN FEATHERSTONE FROM THE E-SERVICE LIST** |

Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the Court for an Order removing attorney Ethan Featherstone, Esq. (Nevada Bar No. 11566), from this case. Michael Navratil, Esq. and Daniel McCain, Esq. of the law office of GORDON REES SCULLY MANSUKHANI, LLP, have filed a Notice of Appearance in the above-entitled matter as counsel for Defendants Kimberly Farmer., Jenifer Smith-Pulsipher, Phillip Pattee, and Daniel Hooge in place of Ethan Featherstone.

Ethan Featherstone's removal from the e-service list should not delay these proceedings as GORDON REES SCULLY MANSUKHANI, LLP remains counsel for record for Defendants Kimberly Farmer., Jenifer Smith-Pulsipher, Phillip Pattee, and Daniel Hooge.

/ / /

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV  89101

1

Accordingly, there is good cause to justify granting Ethan Featherstone's removal from the electronic service list in this case.

DATED this 8th day of July 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/  Michael Navratil*
MICHAEL NAVRATIL, ESQ.
Nevada Bar No.  7460
DANIEL MCCAIN, ESQ.
Nevada Bar No. 13915
300 S. 4th Street, Suite 1550
Las Vegas, Nevada  89101

*Attorneys for Defendants Kimberly Farmer., Jenifer Smith-Pulsipher, Phillip Pattee, and Daniel Hooge*

**IT IS SO ORDERED**.

DATED: 7/10/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV  89101

2